# CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** Michael Hanson | **CASE INFORMATION:** |
| **JUVENILE:** No | **RELATED COMPLAINT:** No |
| **PUBLIC or SEALED:** Public | **CASE NUMBER:** |
| **SERVICE TYPE:** Warrant (Summons/ Warrant/ Notice) | CR 23-0320-S*-AKB  |
| **ISSUE:** Yes | County of Offense: Ada |
| **INTERPRETER:** No | |
| If YES, language: | |

## CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** Indictment

Felony: **Yes**          Class A Misdemeanor: **No**

Class B or C Misdemeanor: **No**
(Petty Offense)

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. §§ 2252A(a)(2)(A), (b)(1), and 2256(8)(A) | ONE | Receipt of Child Pornography | Not less than 15 years, nor more than 40 years imprisonment; Not less than 5 years and up to lifetime supervised release; $250,000 fine; $5,100 Special Assessment |

Date: 12 December 2023          Assistant U.S. Attorney: DAVID G. ROBINS
                                Telephone No.: (208) 334-1211

DGR

**U.S. COURTS**

DEC 12 2023

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO